DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BURKE, STEVEN I

Debtor(s)

Chapter 13
Case No. 13-51197 ASW

TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

341 Meeting: Date:APRIL 15, 2013 @ 10:30 AM
Initial Confirmation Date: MAY 7, 2013
Initial Confirmation Time: 2:15 PM
Place: 280 S. 1st Street Room 3020
    San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Pro Tanto% Plan for the following reasons:

1. The Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) because the debtor has not provided her with the tax return for the tax year 2012. Until this tax return has been provided, she is unable to recommend confirmation of the proposed Plan.

//

Trustee's Obj to Confirmation 13-51197 ASW–

1

2. Fed.R.Banker.P. 3015 is not met because the debtor's Chapter 13 Plan was not filed with the Petition or within 14 days of the filing of the Petition. Since the plan was not filed in time to be served with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Deadlines. The debtor must serve all creditors with the Chapter 13 Plan, along with the **applicable** "Notice to Creditors Regarding Plan Provisions," and the "Order Establishing Procedures for Objection to Confirmation."

3. Frances & Michael Rappaport are listed on Schedule D filed on April 4, 2013 [docket #15] however; said creditor has been omitted from the court's Certificate of Service for the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & deadlines. The debtor must serve said creditor with the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines and the Chapter 13 Plan, along with the **applicable** "Notice to Creditors Regarding Plan Provisions," and the "Order Establishing Procedures for Objection to Confirmation."

Dated: April 10, 2013  /S/ Devin Derham-Burk

Chapter 13 Trustee

Trustee's Obj to Confirmation 13-51197 ASW–

2

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on April 10, 2013.

Said envelopes were addressed as follows:

| | |
|---|---|
| STEVEN I BURKE<br>243 BUENA VISTA AVE #1008<br>SUNNYVALE, CA 94086 | MORAN LAW GROUP INC<br>1674 N SHORELINE BLVD STE 140<br>MOUNTAIN VIEW, CA 94043-1375 |

/S/_Erin Chew_____
Office of Devin Derham-Burk, Trustee