In re **Steven I. Burke**  Case No. **13-51197 ASW**
(if known)

## AMENDED
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America, NA acct#: -2503 | - | $4,318.26 |
| | | Bank of America, NA acct#: -8206 | - | $164.83 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Rental deposit w/ landlord ($835.00) | - | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household appliances, furniture, goods, and wares | - | $500.00 |
| | | TV, stereo, and computer | - | $200.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, music, and video | - | $75.00 |
| 6. Wearing apparel. | | Clothing | - | $250.00 |
| 7. Furs and jewelry. | | Wedding band, costume jewelry/watch | - | $250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Miscellaneous sporting goods (incl. children's baseball equipment, golf clubs, etc.) | - | $100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | AMA Insurance (term-life) pol#: -2734 | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Steven I. Burke**            Case No. **13-51197 ASW**
                                                                                                    (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Charles Schwab IRA<br>acct#: -1380 | - | $0.02 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Steven I. Burke**          Case No. **13-51197 ASW**
                                                                                                  (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2012 state income tax refund | - | $925.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Audi A6 Quattro fair condition, 81,000 miles | - | $7,000.00 |
| | | 1990 Lexus ES 250 | - | $500.00 |

Case: 13-51197   Doc# 23   Filed: 04/10/13   Entered: 04/10/13 15:14:01   Page 3 of 4

In re **Steven I. Burke**              Case No. **13-51197 ASW**
                                                                                               (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 185,000 miles, fair/poor condition (doesn't start); See Amended Statement of Financial Affairs #14) | | |
| | | 1990 Honda Odyssey<br>Debtor holds legal title with former spouse. Asset awarded to former spouse per MSA. Former spouse in posssession of the vehicle. Former spouse holds equitable title to the vehicle. Debtor holds only legal title. | - | $0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                        __3__ continuation sheets attached    **Total >**    **$14,383.11**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)