B6C (Official Form 6C) (4/10)

In re **Steven I. Burke**  Case No. **13-51197 ASW**
(If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash | C.C.P. § 703.140(b)(5) | $100.00 | $100.00 |
| Bank of America, NA acct#: -2503 | C.C.P. § 703.140(b)(5) | $4,318.26 | $4,318.26 |
| Bank of America, NA acct#: -8206 | C.C.P. § 703.140(b)(5) | $164.83 | $164.83 |
| Household appliances, furniture, goods, and wares | C.C.P. § 703.140(b)(3) | $500.00 | $500.00 |
| TV, stereo, and computer | C.C.P. § 703.140(b)(3) | $200.00 | $200.00 |
| Books, music, and video | C.C.P. § 703.140(b)(3) | $75.00 | $75.00 |
| Clothing | C.C.P. § 703.140(b)(3) | $250.00 | $250.00 |
| Wedding band, costume jewelry/watch | C.C.P. § 703.140(b)(4) | $250.00 | $250.00 |
| Miscellaneous sporting goods (incl. children's baseball equipment, golf clubs, etc.) | C.C.P. § 703.140(b)(3) | $100.00 | $100.00 |
| Charles Schwab IRA acct#: -1380 | 11 U.S.C. § 522(n) | $0.02 | $0.02 |
| 2012 state income tax refund | C.C.P. § 703.140(b)(5) | $925.00 | $925.00 |
| 2001 Audi A6 Quattro fair condition, 81,000 miles | C.C.P. § 703.140(b)(2) | $4,800.00 | $7,000.00 |
| | C.C.P. § 703.140(b)(5) | $2,200.00 | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $13,883.11 | $13,883.11 |

Case: 13-51197    Doc# 24    Filed: 04/10/13    Entered: 04/10/13 15:16:16    Page 1 of 2

In re **Steven I. Burke**      Case No. **13-51197 ASW**
  (If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1990 Lexus ES 250 185,000 miles, fair/poor condition (doesn't start); See Amended Statement of Financial Affairs #14) | C.C.P. § 703.140(b)(5) | $500.00 | $500.00 |
| | | $14,383.11 | $14,383.11 |

Case: 13-51197  Doc# 24  Filed: 04/10/13  Entered: 04/10/13 15:16:16  Page 2 of 2