DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
STEVEN I BURKE ) Case No. 13-51197 ASW
)
) **WITHDRAWAL OF TRUSTEE'S**
) **OBJECTION TO CONFIRMATION**
) **OF CHAPTER 13 PLAN WITH**
Debtor ) **CERTIFICATE OF SERVICE**

DEVIN DERHAM-BURK in the above entitled matter hereby withdraws her Objection to Confirmation filed on April 10, 2013. The 341 Meeting was scheduled for April 15, 2013. The Confirmation Hearing is scheduled for May 07, 2013 .

The debtor has filed and or provided the necessary documents to resolve the Trustee's Objection.

Dated: April 17, 2013          /s/ DEVIN DERHAM-BURK
                               Chapter 13 Standing Trustee

# CERTIFICATE OF SERVICE BY MAIL

I hereby declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave., Bldg. C-100, Los Gatos, CA 95032. I served a copy of the within Withdrawal of Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on April 17, 2013. Said envelopes were addressed as follows:

STEVEN I BURKE
243 BUENA VISTA AVE #1008
SUNNYVALE, CA 94086

MORAN LAW GROUP INC
1674 N SHORELINE BLVD STE 140
MOUNTAIN VIEW, CA 94043-1375

Dated: April 17, 2013            /s/ Danielle Lederman
                                 Office of DEVIN DERHAM-BURK
                                 Chapter 13 Standing Trustee