UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re Steven Burke

Debtor(s) _____ /

Chapter 13
Case No.: 13-51197 ASW
OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY
FOR HEARING; CERTIFICATE OF SERVICE

CLAIMANT: Law office of Walter Pierce Hammon
CLAIM NO: 8

The Trustee objects to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| Law office of Walter Pierce Hammon<br>75 E Santa Clara St #1400<br>San Jose CA 95113 | $34,000.00 | April 18, 2013 |

___ does not include a copy of the underlying judgment.
___ does not include a copy of the security agreement and evidence of perfection.
___ fails to assert grounds for priority.
___ does not include a copy of the assignment(s) upon which it is based.
___ no entitled to priority under Section USC 507(a)(1) or (a)(1)(b)
_X_ Sanctions are not entitled to priority status

The Objecting Party will ask the Court to enter an Order providing that the claim is:
___ allowed as a priority claim in the amount of:   $_____.
_X_ allowed as an unsecured claim in the amount of: $34,000.00
___ disallowed in its entirety

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: April 30, 2013

Devin Derham Burk
Chapter 13 Standing Trustee
P.O. Box 50013
San Jose, CA 95150
(408) 354-4413

### CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 983 University Ave, Bldg C-100, Los Gatos, CA 95032. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Los Gatos, California, on the date noted below and addressed to the Claimant above, and on those listed below. I declare, under penalty of perjury, that the foregoing is true and correct.

Attorney for Debtor(s):
Moran Law Group
1674 N Shoreline Blvd #140
Mountain View CA 94043

Debtor(s)
Steven Burke
243 Buena Vista Ave #1008
Sunnyvale CA 94086

Dated: April 30, 2013 at Los Gatos, California.    /s/ Ethel Gutierrez



B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Northern District of California | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor:<br>STEVEN I. BURKE | Case Number:<br>13-51197 | |

FILED APR 18 2013 UNITED STATES BANKRUPTCY CLERK SAN JOSE, CALIFORNIA COURT USE ONLY

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
WALTER PIERCE HAMMON, ESQ.

Name and address where notices should be sent:
C/O LAW OFFICE OF WALTER PIERCE HAMMON
75 E SANTA CLARA STREET, STE. 1400
SAN JOSE, CA 95113

Telephone number: (408) 998-4800      email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:         email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**     $  34,000.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Sanctions not dischargable under 11 USC Section 523(a)(6)
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>4 8 9 8 | 3a. Debtor may have scheduled account as:<br>n/a<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br>_____<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate ____ % ☐ Fixed or ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim: $_____

Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☑ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

Amount entitled to priority:
$   34,000.00

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)