

CHARLES B. GREENE
ATTORNEY AT LAW
84 W. SANTA CLARA STREET SUITE 740
SAN JOSE, CALIFORNIA 95113
(408) 279-3518
STATE ID # 56275
Attorney for Kim Burke

**IT IS SO ORDERED.**
**Signed September 27, 2013**

Arthur S. Weissbrodt
U.S. Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No.: 13-51197 ASW |
| | ) | |
| STEVEN I. BURKE | ) | Chapter 13 |
| | ) | |
| | ) | R.S.: CG-20 |
| Debtor. | ) | |
| | ) | ORDER APPROVING MOTION |
| | ) | FOR RELIEF FROM THE |
| | ) | AUTOMATIC STAY |
| | ) | |
| | ) | Date: August 20, 2013 |
| | ) | Time: 2:15 p.m. |
| | ) | Judge Arthur S. Weissbrodt |

THE MOTION of Movant, Kim Burke, for Relief From Automatic Stay came before the Court on August 20, 2013 at 2:15 p.m., the Honorable Arthur S. Weissbrodt, bankruptcy judge, presiding; Charles B. Greene, attorney at law, appearing on behalf of the moving party; Cathy Moran, attorney at law, appearing on behalf of the Debtor; other appearances as noted on the record; the Court having considered the motion and the statements of counsel, and good cause being shown;

IT IS HEREBY ORDERED THAT:

1.    The provisions of the automatic stay are hereby modified to the extent to allow the Movant, Kim Burke, to proceed in the family law proceeding pending against the Debtor in the Superior Court of Santa Clara County case number 1-05-FL-124898, entitled <u>In re Marriage</u>

of Steven I. Burke and Kim Burke (hereafter referred to as "the Family Law Proceeding"), to adjudicate the following issues: (1) modification of existing child support orders; (2) a determination of the total post-petition arrearages due and owing to Movant in conjunction with child support; and (3) a determination of the amount of attorney fees due and owing to Movant by Debtor on account of attorney fees incurred by the Movant in the Family Law Proceeding after the date of the filing of the Debtor's petition in bankruptcy.

Approved as to form:

/s/ Cathy Moran
**CATHY MORAN**
**Attorney for Steven Burke, Debtor**

**END OF ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COURT SERVICE LIST

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**