DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
Devin L. Pace #256514
Nanette Dumas #148261
Jane Z. Bohrer #243692
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>STEVEN I BURKE<br><br><br><br><br><br>Debtor | Chapter 13<br><br>Case No. 13-51197 MEH<br><br>**MOTION TO DISMISS CASE FOR MATERIAL DEFAULT UNDER CONFIRMED PLAN**<br><br>Hearing Date: not set<br>Hearing Time: not set<br>Judge: Hon. M. Elaine Hammond |

 Devin Derham-Burk, Chapter 13 Standing Trustee moves this Court for an order dismissing this case pursuant to 11 U.S.C. § 1307(c)(6) based on a material default by the above-captioned debtor ("Debtor") with respect to a term of the confirmed plan. More specifically, Debtor has failed to make plan payments owed to the Trustee, which are needed to fund the amounts due to the holders of allowed claims pursuant to the terms of the plan. In support of the Motion, the Trustee submits her own declaration and further asks the Court to take judicial notice of its files and records in this case pursuant to Fed. R. Evid. 201, made applicable to bankruptcy proceedings pursuant to Fed. R. Bankr. P. 9017.

Debtor filed a Chapter 13 petition on March 01, 2013 [Docket #1]. The Court confirmed the plan on May 07, 2013. Debtor's first plan payment to the Trustee came due in March 2013, 11 U.S.C. § 1326(a), and April 2018 is the sixtieth month of the plan. Payments to the Trustee sufficient to complete the plan and fund all distributions to the holders of allowed claims in this case were due no later than the sixtieth month.

Debtor has defaulted on plan payments owed to the Trustee. As a result, even though the sixtieth month of this case has passed, Debtor has not yet completed all payments due pursuant to the terms of the plan. As of the date of this Motion, the approximate balance needed to fund the remaining distributions to the holders of allowed claims in this case is $11,561.00.

Under § 1307(c) of the Bankruptcy Code, the court may dismiss a chapter 13 case for cause, including -

(6) material default by a debtor with respect to a term of a confirmed plan[.]

11 U.S.C. § 1307(c)(6). Dismissal under § 1307(c) is discretionary. *In re Pfeiffer*, 2016 WL 1179337, at *2 (B.A.P. 9th Cir. Mar. 25, 2016), *citing*, *Schlegel v. Billingslea (In re Schlegel)*, 526 B.R. 333, 339 (B.A.P. 9th Cir. 2015). Here, there is cause for dismissal of this case because the failure to make plan payments is a material default under the plan. As the appellate panel in *Pfeiffer* recognized, this Court may properly find cause to dismiss under § 1307(c)(6) based on Debtor's payment default. *Pfeiffer*, 2016 WL 1179337, at *3.

WHEREFORE, Devin Derham-Burk, the Standing Chapter 13 Trustee, respectfully requests that the Court dismiss this case.

Dated: July 20, 2018              /s/ Devin Derham-Burk
                                  Chapter 13 Standing Trustee