UNITED STATES BANKRUPTCY COURT
*for the*
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:

Debtor(s)

CHAPTER 13 CASE:

CERTIFICATION OF DOMESTIC SUPPORT OBLIGATION PAYEES

To Trustee:

I have been required by a judicial or administrative order, or by statute to pay a domestic support obligation, as defined in 11 U.S.C. §101(14A), whether prior to or after I filed this case. I certify that prior to the date of this certification, I have paid all amounts due under any Court ordered domestic support obligation, as defined in 11 U.S.C. §101(14A). All Court ordered domestic support obligation payees are as follows:

    Name:

    Address:

Date: _____       _____
                                                                             Debtor

Rev. July 2007