# UNITED STATES BANKRUPTCY COURT
*for the*
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| IN RE: | CHAPTER 13 CASE: |
|---|---|
| | CERTIFICATION OF DOMESTIC SUPPORT OBLIGATION PAYEES |
| Debtor(s) | |

To Trustee:

I have been required by a judicial or administrative order, or by statute to pay a domestic support obligation, as defined in 11 U.S.C. §101(14A), whether prior to or after I filed this case. I certify that prior to the date of this certification, I have paid all amounts due under any Court ordered domestic support obligation, as defined in 11 U.S.C. §101(14A). All Court ordered domestic support obligation payees are as follows:

    Name:

    Address:

Date: _____          _____
                                                                                               Debtor

Rev. July 2007